JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KYRON SHAKEEL SWASO, | ) | NO. CV 25-06012 MRA (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 28, 2026

_____
MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE